UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 08-40367 |
| | ) | Chapter 13 |
| JEREMY G. PUETZ | ) | |
| SSN/ITIN xxx-xx-2502 | ) | |
| | ) | |
| and | ) | ORDER DISMISSING CASE |
| | ) | |
| LISA A. PUETZ | ) | |
| SSN/ITIN xxx-xx-7992 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of Trustee Dale A. Wein's Motion to Dismiss (doc. 81) and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Trustee Wein's motion is granted, and this case is dismissed.

So ordered: November 1, 2010.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota